# United States Court of Appeals for the Fifth Circuit

———————

No. 22-10470
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

April 28, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Humberto Antonio Mejia Romero,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-286-2

———————————————————

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Humberto Antonio Mejia Romero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mejia Romero has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10470

nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.